UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMONY OREILLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH WIRE NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 1:24-cv-00953-KES-CDB<br><br>ORDER GRANTING PARTIES' STIPULATED REQUEST TO AMEND CASE MANAGEMENT DATES <u>AS MODIFIED</u><br><br>(Doc. 17) |

**<u>Background</u>**

Plaintiff Harmony Oreilly initiated this action with the filing of a complaint in state court on July 1, 2024. (Doc. 1 at 13). Defendant High Wire Networks, Inc., removed the case on August 15, 2024. (Doc. 1).

Pending before the Court is the parties' joint stipulated request to amend the scheduling order. (Doc. 17). In brief, the parties seek a continuation of case management dates due to a scheduled mediation. (*See id.*). In support of the request, counsel for Plaintiff Meghan E. George declares that the "intent of the parties has been to avoid the costs and resources of taking depositions before a scheduled mediation session." (Doc. 17-2 ¶ 4). Counsel provides that Plaintiff timely provided initial disclosures in December 2025 and, in February 2025, Defendant served written discovery which Plaintiff responded to in March 2025, after which Plaintiff served written discovery on Defendant. (*Id.* ¶¶ 7-8). Plaintiff has provided extensions of time for Defendant to

respond. (*Id.* ¶ 9).

In March 2025, the parties agreed to a private mediation. The earliest available dates for their selected mediator were in November 2025. On May 8, 2025, the parties selected November 4, 2025, as the date upon which the mediation would proceed. (*Id.* ¶ 10; Doc. 17 at 2). The parties also attach the declaration of counsel for Defendant Terina M. Williams, who represents that the parties worked diligently to schedule the mediation and are currently engaged in written discovery. (*See* Doc. 17-2).

**Discussion**

In light of the background summarized above, the parties propose extending the deadlines in the scheduling order as noted below, and pretrial conference and trial dates by 90 days. (Doc. 17 at 3).

| Event | Prior Date | Amended Date |
|---|---|---|
| Non-Expert Discovery Deadline | July 7, 2025 | January 9, 2026 |
| Expert Disclosure Deadline | August 4, 2025 | February 6, 2026 |
| Rebuttal Disclosure Deadline | September 17, 2025 | March 6, 2026 |
| Expert Discovery Deadline | October 17, 2025 | April 3, 2026 |
| Dispositive Motion Filing Deadline | December 15, 2025 | May 1, 2026 |

For good cause shown, the parties' stipulated request to amend the scheduling order (Doc. 17) will be granted. Given the extension of certain deadlines, it is impractical to grant the parties' request while maintaining the remaining case management dates. As such, the remaining dates in the scheduling order will be extended in kind.

**In light of the significant extension of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time within which to conduct discovery or file pretrial motions, including to accommodate possible settlement discussions (which the Court expects to be undertaken in parallel with the extended case management dates granted) absent extraordinary circumstances**.

///

///

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 12) be amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| 1. Non-Expert Discovery Deadline | July 7, 2025 | **January 9, 2026** |
| 2. Expert Disclosure Deadline | August 4, 2025 | **February 6, 2026** |
| 3. Rebuttal Disclosure Deadline | September 17, 2025 | **March 6, 2026** |
| 4. Expert Discovery Deadline | October 17, 2025 | **April 3, 2026** |
| 5. Non-Dispositive Motion Filing Deadline | November 3, 2025 | **April 6, 2026** |
| 6. Non-Dispositive Motion Hearing Deadline | December 8, 2025 | **May 12, 2026** |
| 7. Dispositive Motion Filing Deadline | December 15, 2025 | **May 1, 2026** |
| 8. Dispositive Motion Hearing Deadline | January 26, 2026 | **June 15, 2026** |
| 9. Pre-Trial Conference | June 1, 2026 | **October 19, 2026** |
| 10. Trial | July 28, 2026 | **December 15, 2026** |

IT IS SO ORDERED.

Dated: **June 9, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

3