UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARMONY OREILLY,

Plaintiff,

v.

HIGH WIRE NETWORKS, INC,

Defendant.

Case No. 1:24-cv-00953-KES-CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND ENFORCING SETTLEMENT AGREEMENT

Doc. 38

Clerk of the Court to Enter Judgment

**21-Day Deadline**

Plaintiff Harmony Oreilly initiated this action with the filing of a complaint in state court against Defendant High Wire Networks, Inc., on July 1, 2026. Docs. 1-7. Defendant High Wire Networks, Inc., removed the action on August 15, 2024. Doc. 1.

On February 4, 2026, Plaintiff filed the pending motion for an order enforcing settlement agreement pursuant to California Code of Civil Procedure § 664.6. Doc. 22. The motion was referred to the assigned magistrate judge for the preparation of findings and recommendations. Doc. 27.

On August 17, 2026, the assigned magistrate judge issued findings and recommendations to grant Plaintiff's motion to enforce the settlement agreement and to have judgment entered in favor of Plaintiff based on the terms of the settlement agreement. Doc. 38. The findings and recommendations were served on the parties and contained notice that any objections were due

within 14 days. *Id.* at 15. No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 17, 2026, Doc. 38, are ADOPTED IN FULL.
2. The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff based on the terms of the settlement agreement (*see* Cal. Civ. Proc. Code § 664.6(a)) and to close this case.
3. Defendant is HEREBY ORDERED to remit payment in accordance with the terms of the settlement agreement within 21 days of entry of this order.
4. The Court retains jurisdiction for the sole purpose of adjudicating Plaintiff's counsel's request for attorney's fees.
5. The matter of Plaintiff's counsel's request for attorney's fees is referred to the assigned magistrate judge.

IT IS SO ORDERED.

Dated: September 6, 2026

UNITED STATES DISTRICT JUDGE